UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLIPSCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JMB CAPITAL PARTNERS, LP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 07 CIV 8202 <br><br> Jury Trial Demanded |

## PLAINTIFF KLIPSCH, LLC'S DISCLOSURE STATEMENT

Plaintiff Klipsch, LLC ("Klipsch") provides the following disclosure statement pursuant to Fed. R. Civ. P. 7.1:

Klipsch is a wholly-owned subsidiary of Klipsch Group, Inc. No publicly held company or investment fund holds a 10% or more ownership interest in Klipsch.

DAY PITNEY LLP

by _M. Alexander Bowie_
M. Alexander Bowie, II (MB-6826)
Amy J. Iannone (AI-0931)
7 Times Square
New York, New York 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916-2940

Michael K. McCrory (to file pro hace vice motion)
Scott E. Murray (to file pro hace vice motion)
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Attorneys for Plaintiff Klipsch, LLC

71414907.1