AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

KLIPSCH, LLC

V.

JMB CAPITAL PARTNERS, LP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

JMB CAPITAL PARTNERS, LP
1999 Avenue of the Stars, Ste. 2040
Los Angeles, CA 90067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Alex Bowie
Day Pitney LLP
7 Times Square
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON             SEP 1 9 2007
CLERK                          DATE
  /s/ Marcos Quintero
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/8/2007 |
| NAME OF SERVER *(PRINT)* Scott E. Murray | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): On September 25, 2007, Thomas T. Janover, counsel for JMB Capital Partners, LP, agreed to accept service on JMB's behalf. At Mr. Janover's request, I sent a copy of the Summons and Complaint to Mr. Janover by e-mail on September 25, 2007.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/8/2007
                    Date                    *Signature of Server*

                    11 South Meridian Street; Indianapolis, IN 46204
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.