USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Counsel for JMB Capital Partners, LP
1177 Avenue of the Americas
New York, New York 10036
Telephone 212-715-9100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x
KLIPSCH, LLC,

        Plaintiff,

        v.

JMB CAPITAL PARTNERS, LP,

        Defendant.
-------------------------------------x

Civil Action No.: 07 CIV 8202 (SHS)

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by their undersigned counsel, that

1. The original time to respond to the complaint of Klipsch, LLC, dated September 19, 2007 and served on September 25, 2007, was October 15, 2007.

2. JMB Capital Partners, LP has not requested any prior extensions in this matter.

3. Klipsch, LLC has consented to the requested extension.

4. The time of defendants JMB Capital Partners, LP to answer, move against, or otherwise respond to the Complaint is hereby extended to October 29, 2007.

KL2 2527091.1

07 Civ. 8202 (SHS)

Dated: New York, New York
October 11, 2007

_____
Amy J. Iannone (AI-0931)
DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311
(212) 297-5800

ATTORNEYS FOR KLIPSCH, LLC

_____
P. Bradley O'Neill (PO-5832)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

ATTORNEYS FOR JMB CAPITAL PARTNERS, LP

SO ORDERED, 10/12/07

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

- 2 -

KL3.2037968.1KL2.2517091.1