UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLIPSCH, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JMB CAPITAL PARTNERS, LP, )<br>)<br>Defendant. ) | Civil Action No.<br>07 Civ 8202 (SHS)<br><br>ECF Case |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, the undersigned, Amy J. Iannone, a member in good standing of the bar of this Court, and pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, hereby moves this Court for an Order allowing the admission *pro hac vice* of:

Scott E. Murray
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: Scott.Murray@BTLaw.com

Mr. Murray is an associate with BARNES & THORNBURG LLP, and a member in good standing of the Bars of the States of Indiana, Illinois, and Massachusetts. There are no pending

714179151

disciplinary proceedings against Mr. Murray in any State or Federal Court.

Dated: New York, New York
      October 11, 2007

                              Respectfully submitted,

                              DAY PITNEY LLP
                              by_____
                              Amy J. Iannone (AI-0931)
                              7 Times Square
                              New York, New York 10036-7311
                              Telephone: (212) 297-5800
                              Facsimile: (212) 916-2940

                              Attorneys for Plaintiff Klipsch, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLIPSCH, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JMB CAPITAL PARTNERS, LP, )<br>)<br>Defendant. ) | Civil Action No.<br>07 Civ 8202 (SHS)<br><br>ECF Case |

### AFFIDAVIT OF AMY J. IANNONE IN SUPPORT OF
### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF   NEW YORK )
                    ) s.s.:
COUNTY OF NEW YORK )

**AMY J. IANNONE** being duly sworn, depose and say:

1. I am an associate with the law firm of DAY PITNEY LLP, attorneys for Plaintiff Klipsch, LLC, ("Klipsch") in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Klipsch's motion to admit Scott E. Murray as counsel *pro hac vice* to represent Klipsch in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law before the State of New York in September, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. Mr. Murray is an associate at BARNES & THORNBURG LLP, in Indianapolis, Indiana.

*Privileged and Confidential*
*Attorney Work Product*
*10-10-07*

4. I have found Mr. Murray to be a skilled attorney and a person of integrity. Mr. Murray has been practicing law since 2002 and is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. As evidenced by the Certificates of Good Standing annexed hereto as Exhibit A, Mr. Murray is a member in good standing of the bars of the States of Indiana, Illinois and Massachusetts. Mr. Murray is also admitted to practice before the United States District Courts for the Southern District of Indiana, the District of Massachusetts, and the Federal Circuit Court of Appeals.

6. Accordingly, I am pleased to move the admission of Mr. Murray, *pro hac vice*.

7. I respectfully, submit a proposed order granting the admission of Mr. Murray, *pro hac vice*.

WHEREFORE, it is respectfully requested that the motion to admit Mr. Murray, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: NewYork, New York
October 11, 2007

Respectfully submitted,

Amy J. Iannone (AI-0931)

Sworn to before me this 11th
day of October, 2007

Notary Public

ELIZABETH MCCUTCHEON
NOTARY PUBLIC STATE OF NEW YORK
NO. 01MC6119817
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES NOV. 22, 2008

-2-

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

    I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

<u>          SCOTT ELWIN MURRAY          </u>

is a member of the bar of said Court since admission on <u>  MAY 21st 2007  </u>, and is in good standing therein.

    GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this <u> 26th </u> day of <u>  SEPTEMBER  </u>, 20 <u> 07 </u>.

<i>Kevin S. Smith</i><br>
KEVIN S. SMITH<br>
CLERK, SUPREME COURT OF INDIANA

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **January** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

**Scott E. Murray**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **second** day of **October** in the year of our Lord **two thousand and seven.**



MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Scott Elwin Murray

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on April 24, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, October 03, 2007.

*Juleann Hornyak*
Clerk