UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLIPSCH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 07 Civ 8202 (SHS) |
| | ) |
| | ) ECF Case |
| JMB CAPITAL PARTNERS, LP, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Amy J. Iannone in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned, Amy J. Iannone, a member in good standing of the bar of this Court, and pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, hereby moves this Court for an Order allowing the admission *pro hac vice* of:

Michael K. McCrory
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: Michael.McCrory@BTLaw.com

Mr. McCrory is a partner at BARNES & THORNBURG LLP, and a member in good standing of the Bar of the State of Indiana. There are no pending disciplinary proceedings against Mr.

71417893.1

McCrory in any State or Federal Court.

Dated: New York, New York
      October 11, 2007

                                            Respectfully submitted,

                                            DAY PITNEY LLP

                                            by _____
                                            Amy J. Iannone (AI-0931)
                                            7 Times Square
                                            New York, New York 10036-7311
                                            Telephone:  (212) 297-5800
                                            Facsimile:  (212) 916-2940

                                            Attorneys for Plaintiff Klipsch, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KLIPSCH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 07 Civ 8202 (SHS) |
| v. | ) | |
| | ) | ECF Case |
| JMB CAPITAL PARTNERS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF AMY J. IANNONE IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**STATE OF   NEW YORK** )
                                    ) s.s.:
**COUNTY OF NEW YORK** )

**AMY J. IANNONE** being duly sworn, depose and say:

1. I am an associate with the law firm of DAY PITNEY LLP, attorneys for Plaintiff Klipsch, LLC, ("Klipsch") in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Klipsch's motion to admit Michael K. McCrory as counsel *pro hac vice* to represent Klipsch in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law before the State of New York in September, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. Mr. McCrory is a partner at BARNES & THORNBURG LLP, in Indianapolis, Indiana.

4.  I have found Mr. McCrory to be a skilled attorney and a person of integrity. Mr. McCrory has been practicing law since 1979 and is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  As evidenced by the Certificate of Good Standing annexed hereto as Exhibit A, Mr. McCrory is a member in good standing of the bar of the State of Indiana. Mr. McCrory is also admitted to practice before the United States District Courts for the Northern and Southern District of Indiana, the Seventh Circuit Court of Appeals, and the United States Supreme Court.

6.  Accordingly, I am pleased to move the admission of Mr. McCrory, *pro hac vice*.

7.  I respectfully, submit a proposed order granting the admission of Mr. McCrory, *pro hac vice*.

WHEREFORE, it is respectfully requested that the motion to admit Mr. McCrory, *pro hac vice,* to represent Plaintiff in the above captioned matter, be granted.

Dated: NewYork, New York
October 11, 2007

Respectfully submitted,

_____
Amy J. Iannone (AJ-0931)

Sworn to before me this 11th
day of October, 2007

_____
Notary Public

-2-

## CERTIFICATE OF SERVICE

The undersigned states that on the 11th day of October, 2007, she caused a copy of the MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL K. MCCRORY to be served upon:

>   Thomas T. Janover
>   Kramer Levin Naftalis & Frankel LLP
>   1177 Avenue of the Americas
>   New York, New York 10036
>   Tel: 212-715-9186
>   Fax: 212-715-8000

by sending a copy of same via first class mail, prepaid and addressed to its regular mailing address.

Dated: New York, New York
       October 11, 2007

_____
AMY J. IANNONE

71418113.1

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

    I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

_____MICHAEL KEITH MCCRORY_____

is a member of the bar of said Court since admission on _____OCTOBER 19th 1979_____, and is in good standing therein.

    GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __26th__ day of __SEPTEMBER__, 20__07__.

_____
KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA