UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLIPSCH, LLC,

    Plaintiff,

v.

JMB CAPITAL PARTNERS, LP,

    Defendant.

Civil Action No.
07 Civ 8202 (SHS)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Amy J. Iannone, DAY PITNEY LLP, attorney for Plaintiff Klipsch, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Michael K. McCrory
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: Michael.McCrory@BTLaw.com

is admitted to practice *pro hac vice* as counsel for Plaintiff Klipsch, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, NY
       October 18, 2007

                                                                 United States District Judge

71417899.1