STEIN, S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Counsel for JMB Capital Partners, LP
1177 Avenue of the Americas
New York, New York 10036
Telephone 212-715-9100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
KLIPSCH, LLC,

        Plaintiff,

        v.

JMB CAPITAL PARTNERS, LP,

        Defendant.
----------------------------------------x

Civil Action No.: 07 CIV 8202 (SHS)

## STIPULATION +ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by their undersigned counsel, that

1. The original time to respond to the complaint of Klipsch, LLC, dated September 19, 2007 was October 15, 2007.

2. JMB Capital Partners, LP has received one prior extension in this matter.

3. Klipsch, LLC has consented to the requested extension.

KL2 2527091.1

4. The time of defendants JMB Capital Partners, LP to answer, move against, or otherwise respond to the Complaint is hereby extended to November 5, 2007.

Dated: New York, New York
October 29, 2007

_____
Scott E. Murray (SM-7967)
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

ATTORNEYS FOR KLIPSCH, LLC

_____
P. Bradley O'Neill (PO-5832)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

ATTORNEYS FOR JMB CAPITAL PARTNERS, LP


SO ORDERED: 10/29/07

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE