

KRAMER LEVIN NAFTALIS & FRANKEL LLP

P. BRADLEY O'NEILL
PARTNER
PHONE 212-715-7583
FAX 212-715-8000
BONEILL@KRAMERLEVIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

November 13, 2007

BY FAX

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

    Re:    Klipsch, LLC v. JMB Capital Partners, LP
            Case No. 07-8202-SHS

Dear Judge Stein:

        The parties to the above referenced matter are engaged in discussions concerning a potential settlement of this case and, accordingly, request that the initial pre-trial conference currently scheduled for November 16, 2007 at 10:30 AM be rescheduled to November 30, 2007 at 11:00 AM.

        Should you have any questions or require additional information, please contact me at (212) 715-7583.

Respectfully submitted,

P. Bradley O'Neill

SO ORDERED 11/14/07

SIDNEY H. STEIN
U.S.D.J.

PO:

cc:    Scott E. Murray, Esq. (by e-mail)

1177 AVENUE OF THE AMERICAS    NEW YORK NY 10036-2714    PHONE 212.715.9100    FAX 212.715.8000    WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE    75008 PARIS FRANCE

KL2 2532126.1