USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

DAY PITNEY LLP
7 Times Square
New York, New York
212-297-5800

Counsel to Klipsch, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KLIPSCH, LLC,

                  Plaintiff,

           - against -

JMB CAPITAL PARTNERS, LP,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 07 CIV 8202 (SHS)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed, by and between the parties to this action, that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees.

- 1 -

KL2 2534818 1

Dated: New York, New York
December 5, 2007

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | DAY PITNEY LLP |
| By: _____ | By: _____ |
| P. Bradley O'Neill (PO-5832) | Amy J. Iannone (AI-0931) |
| 1177 Avenue of the Americas | 7 Times Square |
| New York, NY 10036 | New York, NY 10036 |
| (212) 715-9100 | (212) 297-5800 |
| | |
| | Michael K. McCrory |
| | Scott E. Murray |
| | BARNES & THORNBURG, LLP |
| | 11 South Meridian Street |
| | Indianapolis, Indiana 46204 |
| | (317) 236-1313 |
| Attorneys for Defendant | Attorneys for Plaintiff |

12/6/07 SO ORDERED

_____
U.S.D.J.

- 2 -